| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | HANSON BRIDGETT LLP<br>GILBERT J. TSAI, SBN 247305<br>gtsai@hansonbridgett.com<br>WINSTON K. HU, SBN 306677<br>whu@hansonbridgett.com<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366 |
| 6<br>7 | Attorneys for Defendant<br>THE REGENTS OF THE UNIVERSITY<br>OF CALIFORNIA |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRANCE MARSH; SANDI EDDE; THEODORE MENDOZA; REBECCA VAN ANTWERP; LINDSAY MACOMBER; KAREN JORDAN**; and **STACEY DAVIDSON**, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**AFSCME LOCAL 3299,** a labor organization; **REGENTS OF THE UNIVERSITY OF CALIFORNIA,** a public university; and **XAVIER BECERRA**, in his official capacity as Attorney General of California,<br><br>Defendants. | Case No. 2:19-cv-02382-JAM-DB<br><br>**STIPULATION TO EXTEND DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT; ORDER**<br><br>**[Fed. R. Civ. P., Rule 6(b); E.D. Cal. Civil Local Rule 144(a)]**<br><br>Courtroom: 6<br>Judge: The Honorable John A. Mendez<br>Trial Date: None Set<br>Action Filed: November 26, 2019 |

16122973.1

Case No. 2:19-cv-02382-JAM-DB

STIPULATION TO EXTEND DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT; ORDER

# STIPULATION

Per Rule 6(b) of the Federal Rules of Civil Procedure and Civil Local Rule 144(a), Defendant The Regents of the University of California ("Defendant") and Plaintiffs Terrance Marsh, Sandi Edde, Theodore Mendoza, Rebecca Van Antwerp, Lindsay Macomber, Karen Jordan, and Stacey Davidson ("Plaintiffs") stipulate to extend Defendant's deadline to file its answer or other response to Plaintiffs' Complaint (ECF No. 1) by 45 days, to February 6, 2020.

Defendant was served with the Complaint on December 2, 2019, setting the deadline to respond to the Complaint by December 23, 2019. This is the first extension of time sought and granted with respect to Defendant's responses to a pleading in this matter, and the extension will not affect the date of any event or other deadline already fixed by the Court.

Defendant and Plaintiffs further stipulate that this extension is neither intended nor will be construed as a waiver of any objection or defense that the Defendant may have or could assert against the Complaint.

**IT IS SO STIPULATED.**

DATED:  December 20, 2019                    HANSON BRIDGETT LLP

By: */s/ Gilbert J. Tsai*
GILBERT J. TSAI
WINSTON K. HU
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

| | | |
|---|---|---|
| DATED: December 20, 2019 | | FREEDOM FOUNDATION |

By:     */s/ Mariah Gondeiro*
       MARIAH GONDEIRO
       REBEKAH MILLARD
       ATTORNEYS FOR PLAINTIFFS TERRANCE MARSH, SANDI EDDE, THEODORE MENDOZA, REBECCA VAN ANTWERP, LINDSAY MACOMBER, KAREN JORDAN, AND STACEY DAVIDSON

## **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein,

IT IS HEREBY ORDERED that Defendant's deadline to file its answer or other response to Plaintiffs' Complaint (ECF No. 1) by 45 days, to February 6, 2020.

IT IS SO ORDERED.

Date: December 26, 2019            /s/ John A. Mendez
                                                The Honorable John A. Mendez

-3-      Case No. 2:19-cv-02382-JAM-DB
STIPULATION TO EXTEND DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER

16122973.1