1  ARTHUR LIOU (SBN 252690)
   Leonard Carder, LLP
2  1330 Broadway, Suite 1450
   Oakland, California 94612
3  Telephone: (510) 272-0169
   Facsimile: (510) 272-0174
4  aliou@leonardcarder.com

5  SCOTT A. KRONLAND (SBN 171693)
   JEFFREY B. DEMAIN (SBN 126715)
6  ELIZABETH VISSERS (SBN 321365)*
   Altshuler Berzon LLP
7  177 Post Street, Suite 300
   San Francisco, California 94108
8  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
9  skronland@altshulerberzon.com
   jdemain@altshulerberzon.com
10 evissers@altshulerberzon.com

11 *application for admission pending

12 Attorneys for Defendant AFSCME LOCAL 3299

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>AFSCME LOCAL 3299, *et al.*,<br><br>        Defendants. | Case No. 2:19-cv-02382-JAM-DB<br><br>**STIPULATION RE: ACCEPTANCE OF SERVICE OF FIRST AMENDED COMPLAINT AND EXTENDING TIME TO RESPOND TO SAME; ORDER THEREON**<br><br>Courtroom: 6<br>Judge: The Honorable John A. Mendez<br>Trial Date: None Set<br>Action Filed: November 26, 2019 |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Civil Local Rule 144(a), |
| 3 | Plaintiffs Terrance Marsh, *et al.* ("Plaintiffs"), and Defendant AFSCME Local 3299 (the "Union"), |
| 4 | collectively referred to as the "Parties," by and through their undersigned counsel, hereby stipulate and |
| 5 | agree as follows: |
| 6 | 1. The Union shall accept service via e-mail to the Union's counsel of the First Amended |
| 7 | Complaint that Plaintiffs shall file in this action on or before January 24, 2020, effective as of the date |
| 8 | of filing. |
| 9 | 2. The Union's time to respond to the First Amended Complaint shall be extended to |
| 10 | March 6, 2020. This is the first extension of time sought and granted with respect to the Union's |
| 11 | response to a pleading in this matter, and the extension will not affect the date of any event or other |
| 12 | deadline already fixed by the Court. The Parties further stipulate that this extension is neither intended |
| 13 | nor will be construed as a waiver of any objection or defense that the Union may have or could assert |
| 14 | against the First Amended Complaint, and that if the Union responds by filing a motion to dismiss the |
| 15 | First Amended Complaint, it shall not be required to file an answer to that complaint until its motion to |
| 16 | dismiss has been resolved. |
| 17 | The foregoing is so stipulated and agreed. |
| 18 | Dated: January 21, 2020. Respectfully submitted, |
| 19 | ARTHUR LIOU |
| | Leonard Carder, LLP |
| 20 | |
| 21 | SCOTT A. KRONLAND |
| | JEFFREY B. DEMAIN |
| 22 | ELIZABETH VISSERS |
| | Altshuler Berzon LLP |
| 23 | By: */s/ Jeffrey B. Demain* |
| | Jeffrey B. Demain |
| 24 | |
| | Attorneys for Defendant AFSCME LOCAL 3299 |
| 25 | |
| 26 | /// |
| 27 | /// |
| 28 | |

**Stipulation; [Proposed] Order**
*Marsh v. AFSCME Local 3299*, No. 2:19-cv-02382-JAM-DB     1

| | Mariah Gondeiro, Cal Bar No. 323683 |
|---|---|
| 1 | mgondeiro@freedomfoundation.com |
| 2 | Rebekah Millard, Cal Bar No. 256714 |
|   | rmillard@freedomfoundation.com |
| 3 | Freedom Foundation |
|   | PO Box 552 |
| 4 | Olympia, WA 98507 |
|   | Telephone: (360) 956-3482 |
| 5 | Facsimile: (360) 352-1874 |

By:     */s/ Mariah Gondeiro*
             Mariah Gondeiro

Attorneys for Plaintiffs

## SIGNATURE ATTESTATION

I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: January 21, 2020

ARTHUR LIOU
Leonard Carder, LLP

SCOTT A. KRONLAND
JEFFREY B. DEMAIN
ELIZABETH VISSERS
Altshuler Berzon LLP

By:     */s/ Jeffrey B. Demain*
             Jeffrey B. Demain

Attorneys for Defendant AFSCME LOCAL 3299

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that the Union's deadline to file its answer or other response to Plaintiffs' First Amended Complaint shall be extended to and including March 6, 2020.  Further, if the Union responds by filing a motion to dismiss the First Amended Complaint, it shall not be required to file an answer to that complaint until its motion to dismiss has been resolved.

IT IS SO ORDERED.

Date:  1/21/20

/s/ John A. Mendez
The Honorable John A. Mendez