1  Mariah Gondeiro, Cal Bar No. 323683
   mgondeiro@freedomfoundation.com
2  Rebekah Millard, Cal Bar No. 256714
   rmillard@freedomfoundation.com
3  Freedom Foundation
   PO Box 552
4  Olympia, WA 98507
   Telephone: (360) 956-3482
5  Facsimile: (360) 352-1874

6  *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, *et al.*, | Case No. 2:19-cv-02382-JAM-DB |
| Plaintiffs, | **STIPULATION RE: ACCEPTANCE OF SERVICE OF FIRST AMENDED COMPLAINT AND TIME TO RESPOND TO SAME; ORDER THEREON** |
| v. | |
| AFSCME LOCAL 3299, *et al.*, | |
| Defendants. | Courtroom: 6<br>Judge: The Honorable John A. Mendez<br>Trial Date: None Set<br>Action Filed: November 26, 2019 |

**Stipulation; [Proposed] Order**
*Marsh v. AFSCME Local 3299*, No. 2:19-cv-02382-JAM-DB

16194809.1

# STIPULATION

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Civil Local Rule 144(a), Plaintiffs Terrance Marsh, *et al.* ("Plaintiffs"), and Defendants Attorney General Xavier Becerra and Janet Napolitano in her official capacity as President of The Regents of the University of California (collectively, "State Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The State Defendants shall accept service via e-mail to the State Defendants' counsel of the First Amended Complaint that Plaintiffs shall file in this action on or before January 24, 2020, effective as of the date of filing.

2. The State Defendants' time to respond to the First Amended Complaint, through an answer or other responsive pleading, shall be February 12, 2020.

3. State Defendants and Plaintiffs further stipulate that this stipulation is neither intended nor will be construed as a waiver of any objection or defense that the State Defendants may have or could assert against the First Amended Complaint.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 21, 2020

By: /s/ Mariah Gondeiro
Mariah Gondeiro
Rebekah Millard
*Attorneys for Plaintiffs Terrance Marsh, et al*

Dated: January 21, 2020

By: /s/ Gilbert J. Tsai
Gilbert J. Tsai
Winston K. Hu
*Attorneys for Janet Napolitano, in her official capacity as President of The Regents of the University of California*

| | |
|---|---|
| Dated: January 21, 2020 | OFFICE OF THE ATTORNEY GENERAL<br>Xavier Becerra<br>Attorney General of California<br>Anthony R. Hakl<br>Supervising Deputy Attorney General |
| | By: /s/ Anthony P. O'Brien<br>Anthony P. O'Brien<br>Deputy Attorney General<br>*Attorneys for Xavier Becerra, in his official capacity as Attorney General of California* |

## **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that the State Defendants' deadline to file its answer or other response to Plaintiffs' First Amended Complaint shall be February 12, 2020.

IT IS SO ORDERED.

Date: 1/21/20

/s/ John A. Mendez
The Honorable John A. Mendez