1  Mariah Gondeiro, Cal. Bar No. 323683
   mgondeiro@freedomfoundation.com
2  Rebekah Millard, Cal Bar No. 256714
   rmillard@freedomfoundation.com
3  Freedom Foundation
   P.O. Box 552
4  Olympia, WA 98507
   Telephone: (360) 956-3482
5  Facsimile: (360) 352-1874

6  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRANCE MARSH; SANDI EDDE; THEODORE MENDOZA; REBECCA VAN ANTWERP; LINDSAY MACOMBER; KAREN JORDAN; STACEY DAVIDSON; BARBARA GROSSE; TAMELA DIOSO**; and **KISKA CARTER**, individuals, <br><br> Plaintiffs, <br> v. <br><br> **AFSCME LOCAL 3299**, a labor organization; **JANET NAPOLITANO,** in her official capacity as President of the University of California; and **XAVIER BECERRA**, in his official capacity as Attorney General of California, <br><br> Defendants. | CASE NO. 2:19-CV-02382-JAM-DB <br><br> **STIPULATED MOTION FOR REVISED BRIEFING AND HEARING SCHEDULE; ORDER** <br><br> Judge: Hon. John A. Mendez <br> Date: May 5, 2020 <br> Time: 1:30 p.m. <br> Crtrm.: 6, 14th Floor |

Pursuant to Local Rule 144, and Fed. R. Civ. P. 6, the parties by and through their counsel, bring this stipulated motion for a revised briefing and hearing schedule for Defendants' Motions to Dismiss as follows:

STIPULATED MOTION FOR REVISED
BRIEFING AND HEARING SCHEDULE- 1

1. Plaintiffs filed their Complaint November 26, 2019, and their Amended Complaint January 24, 2020. *See* ECF. Nos. 1, 15.

2. Counsel for Plaintiffs and Defendants conferred as required by Fed. R. Civ. P. 26(f), January 24, 2020, and filed a Joint Status Report with this court on January 31, 2020. *See* ECF. No. 19.

3. The parties initially stipulated to a briefing and hearing schedule for Defendants' Motions to Dismiss as follows:

   a. Plaintiffs' Oppositions to Defendants' Motions to Dismiss: Due March 24, 2020. (Plaintiffs will file one brief against Xavier Becerra and Janet Napolitano.)

   b. Defendants' Replies to Plaintiffs' Oppositions to Motions to Dismiss: Due April 28, 2020.

   c. Hearing on Defendants' Motions to Dismiss: May 5, 2020, at 1:30 p.m.

4. Both Attorney General Xavier Becerra and Janet Napolitano filed motions to dismiss on February 12, 2020. *See* ECF. Nos. 20-1, 23-1.

5. Defendant AFSCME Local 3299 will file a motion to dismiss by March 6, 2020. *See* ECF. No. 19.

6. Due to unforseen scheduling conflicts, Plaintiffs requested a revision of the briefing and hearing schedule. Counsel for all parties consulted by telephone on Tuesday, February 25, regarding the subject of this stipulated motion and came to an agreement regarding a revised briefing and hearing schedule.

7. Pursuant to the agreement, the parties respectfully move the Court to grant the following revised briefing schedule:

STIPULATED MOTION FOR REVISED
BRIEFING AND HEARING SCHEDULE- 2

FREEDOM
FOUNDATION
P.O. Box 552, Olympia, WA 98507
P: 360.956.3482 | F: 360.352.1874

1        a. Plaintiffs' Response in Opposition to Defendants' Motions to Dismiss will be due April 7, 2020.

      b. Defendants' Replies to Plaintiffs' Opposition will be due May 19, 2020.

      c. Hearing on Defendants' Motions to Dismiss will be set for June 16, 2020, at 1:30 p.m.

8. The briefing and hearing schedule for the Joint Motion to Stay Discovery and Initial Disclosures remains unchanged.

Dated: March 3, 2020                      Respectfully submitted,

/s/ Mariah Gondeiro
Mariah Gondeiro
*Attorney for Plaintiffs Marsh et al*

Dated: March 3, 2020                      Respectfully submitted,

/s/ Anthony P. O'Brien (as authorized on Mar. 2, 2020)
Anthony P. O'Brien
Deputy Attorney General
*Attorney for Defendant Xavier Becerra, in his official capacity as Attorney General of California*

Dated: March 3, 2020                      Respectfully submitted,

/s/ Gilbert J. Tsai (as authorized on Mar. 2, 2020)
Gilbert J. Tsai
*Attorneys for Defendant Janet Napolitano, in her official capacity as President of The Regents of the University of California*

STIPULATED MOTION FOR REVISED
BRIEFING AND HEARING SCHEDULE- 3



P.O. Box 552, Olympia, WA 98507
P: 360.956.3482 | F: 360.352.1874

Dated: March 3, 2020          Respectfully submitted,

<u>/s/ Jeffrey B. Demain (as authorized on Mar. 2, 2020)</u>
Jeffrey B. Demain
*Attorney for Defendant AFSCME Local 3299*

STIPULATED MOTION FOR REVISED
BRIEFING AND HEARING SCHEDULE- 4

|   | **ORDER** |
|---|---|
| 1 | |
| 2 | Pursuant to the parties' stipulated motion for revised briefing and hearing |
| 3 | schedule, the Court hereby orders the following briefing and hearing schedule for Defendants' |
| 4 | Motions to Dismiss: |
| 5 | A. Plaintiffs' Response in Opposition to Defendants' Motions to Dismiss will be due |
| 6 | April 7, 2020. |
| 7 | B. Defendants' Replies to Plaintiffs' Opposition will be due May 19, 2020. |
| 8 | C. Hearing on Defendants' Motions to Dismiss will be set for June 16, 2020, at 1:30 |
| 9 | p.m. |
| 10 | **IT IS SO ORDERED.** |

Dated: 3/4/2020

/s/ John A. Mendez_____
Hon. John A. Mendez
Judge, United States District Court

PROPOSED ORDER RE: BRIEFING AND
HEARING SCHEDULE