ARTHUR LIOU (SBN 252690)
Leonard Carder, LLP
1999 Harrison Street, Suite 2700
Oakland, California  94612
Telephone:  (510) 272-0169
Facsimile:  (510) 272-0174
aliou@leonardcarder.com

SCOTT A. KRONLAND (SBN 171693)
JEFFREY B. DEMAIN (SBN 126715)
ELIZABETH VISSERS (SBN 321365)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
skronland@altshulerberzon.com
jdemain@altshulerberzon.com
evissers@altshulerberzon.com

Attorneys for Defendant AFSCME LOCAL 3299

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, *et al.*, | Case No. 2:19-cv-02382-JAM-DB |
| Plaintiffs, | **STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT; ORDER THEREON** |
| v. | |
| AFSCME LOCAL 3299, *et al.*, | Courtroom: 6 |
| Defendants. | Judge: The Honorable John A. Mendez |
| | Trial Date: None Set |
| | Action Filed: November 26, 2019 |

**STIPULATION**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Civil Local Rule 144(a), Plaintiffs Terrance Marsh, *et al.* ("Plaintiffs"), and Defendants AFSCME Local 3299, Xavier Becerra, and Janet Napolitano ("Defendants"), collectively referred to as the "Parties," by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On July 28, 2020, this Court issued its Order Granting Defendants' Motion to Dismiss and Denying Plaintiffs' Motion to Strike ("Order"), Docket No. 46, dismissing Plaintiffs' First Amended Complaint. That Order provided Plaintiffs with twenty days to file a Second Amended Complaint ("SAC") and Defendants with twenty days thereafter to respond thereto. Order at 23.

2. On August 17, 2020, Plaintiffs filed their SAC. Defendants' response thereto is currently due by September 8, 2020.

3. The Parties hereby agree and stipulate that Defendants may have an additional week, up to and including September 15, 2020, to file their response to the SAC. They also agree and stipulate that if Defendants move to dismiss the SAC, they shall notice their motions for hearing on October 13, 2020. They also agree and stipulate that if the Court does not then have the October 13 hearing date available, they will confer in good faith on a briefing and hearing schedule for a later hearing date that will equitably apportion the additional time between the two sides.

The foregoing is so stipulated and agreed.

Dated:   September 1, 2020.                    Respectfully submitted,

                                               ARTHUR LIOU
                                               Leonard Carder, LLP

                                               SCOTT A. KRONLAND
                                               JEFFREY B. DEMAIN
                                               ELIZABETH VISSERS
                                               Altshuler Berzon LLP

                                               By:____*/s/ Jeffrey B. Demain*____
                                                         Jeffrey B. Demain

                                               Attorneys for Defendant AFSCME LOCAL 3299

///

Mariah Gondeiro, Cal. Bar No. 323683
mgondeiro@freedomfoundation.com
Rebekah Millard, Cal. Bar No. 256714
rmillard@freedomfoundation.com
Freedom Foundation
PO Box 552
Olympia, WA 98507
Telephone: (360) 956-3482
Facsimile: (360) 352-1874

By: ___*/s/ Mariah Gondeiro*___
          Mariah Gondeiro

Attorneys for Plaintiffs

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN, State Bar No. 232650
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6002
Fax: (916) 324-8835
E-mail: Anthony.Obrien@doj.ca.gov

By: ___*/s/ Anthony P. O'Brien*___
          Anthony P. O'Brien

Attorneys for Xavier Becerra, in his official
capacity as Attorney General of California

HANSON BRIDGETT LLP
GILBERT J. TSAI, SBN 247305
gtsai@hansonbridgett.com
WINSTON K. HU, SBN 306677
whu@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

By: ___*/s/ Gilbert J. Tsai*___
          Gilbert J. Tsai

Attorneys for Defendant
JANET NAPOLITANO, in her official capacity
as President of the University of California

1

## **SIGNATURE ATTESTATION**

2      I attest that concurrence in the filing of this document has been obtained from each of the above

3  signatories.

4      Dated: September 1, 2020

5                                              ARTHUR LIOU
                                               Leonard Carder, LLP
6
                                               SCOTT A. KRONLAND
7                                              JEFFREY B. DEMAIN
                                               ELIZABETH VISSERS
8                                              Altshuler Berzon LLP

9                                              By:____*/s/ Jeffrey B. Demain*_____
                                                         Jeffrey B. Demain
10
                                               Attorneys for Defendant AFSCME LOCAL 3299
11

12                                  **ORDER**

13      PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT

14  IS HEREBY ORDERED that Defendants shall have up to and including September 15, 2020 to

15  respond to Plaintiffs' Second Amended Complaint and that any Defendant that files a motion to

16  dismiss the Second Amended Complaint shall not be required to file an answer to that complaint until

17  its motion to dismiss has been resolved.

18      IT IS SO ORDERED.

19  Dated:  September 1, 2020

20

21                                             /s/ John A. Mendez_____
                                               The Honorable John A. Mendez
22

23

24

25

26

27

28