ARTHUR LIOU (SBN 252690)
Leonard Carder, LLP
1999 Harrison Street, Suite 2700
Oakland, California 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
aliou@leonardcarder.com

SCOTT A. KRONLAND (SBN 171693)
JEFFREY B. DEMAIN (SBN 126715)
ELIZABETH VISSERS (SBN 321365)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
skronland@altshulerberzon.com
jdemain@altshulerberzon.com
evissers@altshulerberzon.com

Attorneys for Defendant AFSCME LOCAL 3299

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AFSCME LOCAL 3299, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-02382-JAM-DB<br><br>**STIPULATION TO FILING OF CORRECTED SECOND AMENDED COMPLAINT; ORDER THEREON**<br><br>Courtroom: 6<br>Judge: The Honorable John A. Mendez<br>Trial Date: None Set<br>Action Filed: November 26, 2019 |

**Stipulation; Order**
*Marsh v. AFSCME Local 3299*, No. 2:19-cv-02382-JAM-DB

# STIPULATION

Plaintiffs Terrance Marsh, *et al.* ("Plaintiffs"), and Defendants AFSCME Local 3299, Xavier Becerra, and Janet Napolitano ("Defendants"), collectively referred to as the "Parties," by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On July 28, 2020, this Court issued its Order Granting Defendants' Motion to Dismiss and Denying Plaintiffs' Motion to Strike ("Order"), Docket No. 46, dismissing Plaintiffs' First Amended Complaint. That Order provided Plaintiffs with twenty days to file a Second Amended Complaint ("SAC") and Defendants with twenty days thereafter to respond thereto. Order at 23.

2. On August 17, 2020, Plaintiffs filed their SAC. Defendants' response thereto is currently due by September 15, 2020, having been extended by one week by stipulation of the parties, approved by the Court.

3. The Parties hereby agree and stipulate that Plaintiffs shall file a Corrected SAC to correct the following four allegations in the SAC that Plaintiffs now understand are incorrect:

   a. SAC ¶77 alleges that Plaintiff Theodore Mendoza's payroll dues deductions continued "until October 2019." In fact, those deductions terminated at the end of July 2019.

   b. SAC ¶137 alleges that "UC continues to deduct money from [Plaintiff Rebecca] Van Antwerp's paycheck, and the Union continues to accept that money." In fact, those deductions terminated at the end of August 2020.

   c. SAC ¶148 alleges that "UC continues to deduct money from [Plaintiff Barbara Grosse's] paycheck, and the Union continues to accept that money." In fact, those deductions terminated at the end of January 2020.

   d. SAC ¶158 alleges that "UC continues to deduct money from [Plaintiff Kiska Carter's] paycheck, and the Union continues to accept that money." In fact, those deductions terminated at the end of July 2020.

4. The Corrected SAC shall not contain any other changes to the SAC and shall not alter the paragraph numbering of the SAC.

///

1     The foregoing is so stipulated and agreed.

2     Dated:   September 11, 2020.          Respectfully submitted,

ARTHUR LIOU
Leonard Carder, LLP

SCOTT A. KRONLAND
JEFFREY B. DEMAIN
ELIZABETH VISSERS
Altshuler Berzon LLP

By:   */s/ Jeffrey B. Demain*
       Jeffrey B. Demain

Attorneys for Defendant AFSCME LOCAL 3299

Mariah Gondeiro, Cal. Bar No. 323683
mgondeiro@freedomfoundation.com
Rebekah Millard, Cal. Bar No. 256714
rmillard@freedomfoundation.com
Freedom Foundation
PO Box 552
Olympia, WA 98507
Telephone: (360) 956-3482
Facsimile: (360) 352-1874

By:   */s/ Mariah Gondeiro*
       Mariah Gondeiro

Attorneys for Plaintiffs

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN, State Bar No. 232650
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6002
Fax: (916) 324-8835
E-mail: Anthony.Obrien@doj.ca.gov


By:   */s/ Anthony P. O'Brien*
       Anthony P. O'Brien

Attorneys for Xavier Becerra, in his official capacity as Attorney General of California

27 ///

28 ///

**Stipulation; Order**
*Marsh v. AFSCME Local 3299*, No. 2:19-cv-02382-JAM-DB          2

|  |  |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| 2 | GILBERT J. TSAI, SBN 247305<br>gtsai@hansonbridgett.com |
| 3 | WINSTON K. HU, SBN 306677<br>whu@hansonbridgett.com |
| 4 | 425 Market Street, 26th Floor<br>San Francisco, California 94105 |
| 5 | Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366 |

By: ____*/s/ Gilbert J. Tsai*_____
         Gilbert J. Tsai

Attorneys for Defendant
JANET NAPOLITANO, in her official capacity
as President of the University of California

### SIGNATURE ATTESTATION

I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: September 11, 2020

         ARTHUR LIOU
         Leonard Carder, LLP

         SCOTT A. KRONLAND
         JEFFREY B. DEMAIN
         ELIZABETH VISSERS
         Altshuler Berzon LLP

By: ____*/s/ Jeffrey B. Demain*_____
         Jeffrey B. Demain

Attorneys for Defendant AFSCME LOCAL 3299

///
///
///
///
///
///
///
///

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that Plaintiffs shall file a Corrected Second Amended Complaint that shall correct the allegations as set forth in the parties' Stipulation.

IT IS SO ORDERED.

DATED: September 11, 2020                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE